COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Dr. Ghyasuddin Syed and Southeast Texas Institute of Pain Management, P.A. v. Phu Huu Nguyen, Pharm. D., PLLC d/b/a Wellness Pharmacy and Phu "Paul" Huu Nguyen

Appellate case number: 01-16-00856-CV

Trial court case number: 2015-64778

Trial court: 133rd District Court of Harris County

On November 8, 2016, we granted appellants Dr. Ghyasuddin Syed and Southeast Texas Institute of Pain Management, P.A.'s agreed motion to stay appeal proceedings to conduct mediation and abated this appeal. We additionally directed appellants to file no later than January 16, 2017, a motion to reinstate the appeal or a report advising the Court of the status of the mediation proceedings. Because appellants have not filed any motion or report, the case is REINSTATED on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.

The clerk's record was received and filed in this appeal on January 20, 2017. **The reporter's record is due to be filed within 10 days of the date of this order.** *See* TEX. R. APP. P. 35.1(b), 35.3(c).

As of the date of this Order, appellants have not paid the required $205 filing fee to prosecute this appeal. *See* TEX. R. APP. P. 5; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (Vernon Supp. 2016); Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals and before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). This order is **notice** to appellants that this appeal is subject to dismissal if the filing fee has not been paid **within 30 days** of this order. *See* TEX. R. APP. P. 5, 42.3.

It is so ORDERED.

Judge's signature:    /s/ Terry Jennings
                      ☒  Acting individually     ☐  Acting for the Court

Date:  February 2, 2017